**LEWIS BRISBOIS BISGAARD & SMITH LLP**
BRUCE L. SHAFFER, SB# 62730
 E-Mail: Bruce.Shaffer@lewisbrisbois.com
2850 Gateway Oaks Drive, Suite 450
Sacramento, California 95833
Telephone: 916.564.5400
Facsimile: 916.564.5444

Attorneys for Defendants KELLEY R. CARROLL and PORTER SIMON, a Professional Corporation

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| LOUIS GAZES, individually,<br><br>Plaintiff,<br><br>vs.<br><br>KELLEY R. CARROLL, individually; PORTER SIMON, a Professional Legal Corporation, organized and existing under the laws of the State of California; ABC CORPORATIONS I-X, inclusive; BLACK & WHITE COMPANIES I-X, inclusive; and JOHN DOES I-X, inclusive,<br><br>Defendant. | CASE NO. 14-490<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) (Diversity)** |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

PLEASE TAKE NOTICE that Defendants KELLEY R. CARROLL and PORTER SIMON, a Professional Corporation, hereby remove to this court the state court action described below:

1. On March 21, 2014, a Verified Complaint for Legal Malpractice and Breach of Fiduciary Duty ("Complaint") alleging a legal malpractice and breach of fiduciary duty cause of action was filed in the Superior Court of the State of California in and for the County of Nevada, entitled LOUIS GAZES, individually, Plaintiff, vs. KELLEY R. CARROLL, individually; PORTER SIMON, a Professional Legal Corporation organized and existing under the laws of the

State of California; ABC CORPORATIONS I-X, inclusive; BLACK & WHITE COMPANIES I-X, inclusive; and JOHN DOES I-X, inclusive, Defendants, as Case Number CU14-08036. A copy of that Complaint is attached hereto as Exhibit "A".

2. The first date Defendants KELLY R. CARROLL and PORTER SIMON received the Complaint was on March 28, 2014, when a copy was received in the mail from Plaintiff's attorney. A copy of the cover letter from Plaintiff's attorney is attached as Exhibit "B".

3. Jurisdiction: This action is a civil action of which this Court has original jurisdiction under 28 USC § 1332, and is one which may be removed to this court by defendants pursuant to the provisions of 28 USC §1441(b) in that it is a civil action between citizens of different states, and the nature and type of allegations at issue demonstrate that the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs. Specifically, Plaintiff alleges these defendants advised Plaintiff and his father to modify the terms of a Living Trust by use of powers of attorney to change a trustee and to allow for distribution of all trust assets to Plaintiff. At a later date these amendments, some of which are alleged to have been made in contravention to the trust provisions, are alleged to have precipitated litigation involving trust beneficiaries, to determine the validity of the trust amendment. Alleged damages, not quantified, include distribution of trust assets, trustee's fees and attorney's fees. In conversation with Plaintiff's attorney, it has been stated that the amount in controversy well exceeds $75,000.00.

4. Complete diversity of citizenship exists in that, both at the time of filing of the Complaint and the date of removal, Plaintiff LOUIS GAZES has been a citizen of the State of Nevada, Defendant KELLEY R. CARROLL has been a citizen of the State of California, and Defendant PORTER SIMON is a Professional Corporation, incorporated under the laws of the State of California, with its principal place of business in Truckee, California.

5. Defendants KELLEY R. CARROLL and PORTER SIMON, and each of them, join in the removal of the state court action.

///

///

///

DATED: April 23, 2014  LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/ Bruce L. Shaffer
Bruce L. Shaffer
Attorneys for Defendants KELLEY R. CARROLL and PORTER SIMON, a Professional Corporation